IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RICKY MARSHALL BROWN
ADC #551211                                                                                    PLAINTIFF


v.                              Case No. 4:10-cv-2014-DPM-BD


GARY ANDREWS, ROSS,
KARL BYRD, BRANCH,
JOHN RANDALL                                                                                DEFENDANTS


ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 8*, and Ricky Brown's objections, *Document Nos. 15 & 19*. After *de novo* review, the Court adopts Magistrate Judge Deere's recommendation (except for the citation to the *Bilal v. Lockhart* case) as the Court's decision. FED. R. CIV. P. 72(b)(3). Brown's access-to-courts claim and his claims against Ross and Branch are dismissed without prejudice. His claim about Randall's handling of his grievance is also dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>30 March 2011</u>